UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAYRA GONZALEZ,<br><br>                              Plaintiff,<br><br>    -against-<br><br>DANCI TEJADA JR.; WESTCHESTER DISTRIC ATTORNEY; BERKSHIRE HATHAWAY HOMESERVICES,<br><br>                              Defendants. | 23-CV-9027 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 16, 2024
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge